IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No: _____

Plaintiff:
KANE ZORAN MEDIC
135 Ponderosa Dr
Christiansburg, VA 24073
Phone: 757-767-6813
Email: kanemedic@outlook.com

3:25-cv-901-KDB

Defendants:
1. Charlotte-Mecklenburg Police Department
2. Northlake Mall / Hull Property Group
3. CMPD Officer Michael W. Travis, Badge #3113
4. Jane Doe Officer (CMPD)

---

CIVIL RIGHTS COMPLAINT
(42 U.S.C. §1983)

---

I. JURISDICTION
This action is brought under 42 U.S.C. §1983 to redress the deprivation of rights secured by the Constitution and laws of the United States. Jurisdiction is proper under 28 U.S.C. §§1331 and 1343. Venue is proper in this district because the events giving rise to the claim occurred in Charlotte, North Carolina.

II. PARTIES
Plaintiff, Kane Zoran Medic, is a resident of Christiansburg, Virginia. Defendants are the Charlotte-Mecklenburg Police Department, Northlake Mall / Hull Property Group, and the CMPD officers involved in the incident described below.

III. STATEMENT OF CLAIM

1. On June 9, 2023, at approximately 6:27 p.m., Plaintiff was lawfully recording a conversation with officers of the Charlotte-Mecklenburg Police Department inside Northlake Mall in Charlotte, North Carolina.
2. The area was open to the public, and Plaintiff was exercising his First Amendment right to record police officers performing their duties in a public space.
3. After Plaintiff continued recording, CMPD Officer **Michael W. Travis, Badge #3113**, instructed him to stop recording and then contacted mall security.
4. Security personnel escorted Plaintiff to his workplace, directed him to clock out, and issued a written **permanent trespass notice** banning him from the property.
5. Plaintiff was threatened with arrest if he returned, even though he was an employee and had not engaged in unlawful conduct.

6A. Plaintiff recorded a **47-second video** of this interaction, showing Officer Travis instructing him to stop recording and the escalation with security. Two screenshots from this video are attached as **Exhibit A**. The full video is preserved on Plaintiff's iPhone and will be produced upon request.

7. As a result of the trespass order, Plaintiff lost his job and income. The officers and mall security acted jointly and in retaliation for Plaintiff's recording, violating his First Amendment rights and depriving him of liberty and property without due process, in violation of the Fourteenth Amendment.

8. Their conduct caused Plaintiff lost wages, emotional distress, and harm to his reputation and employment.

IV. DAMAGES

Plaintiff was employed by Go Green CBD, a store inside Northlake Mall, as a manager from April 10, 2023 until June 9, 2023, earning approximately $17 per hour for 35 hours weekly. Had Plaintiff not been wrongfully trespassed and terminated, he would have earned approximately **$58,000** from June 2023 through the present.

Plaintiff seeks compensatory damages of $5,355 (actual lost wages), lost future earnings of $74,733, and additional relief the Court deems just and proper.

V. RELIEF REQUESTED

Plaintiff respectfully requests:
1. Compensatory damages for lost wages and lost future income.
2. Declaratory relief stating that Defendants violated Plaintiff's constitutional rights.
3. Any further relief deemed appropriate by the Court.

Respectfully submitted,

/s/ Kane Zoran Medic
Kane Zoran Medic, Pro Se Plaintiff
135 Ponderosa Dr
Christiansburg, VA 24073
Phone: 757-767-6813
Email: kanemedic@outlook.com