Exhibit A
Two screenshots from Plaintiff's 47-second video recording taken on June 9, 2023, inside Northlake Mall, Charlotte, NC.
The video shows CMPD Officer Michael W. Travis (#3113) and Jane Doe officer instructing Plaintiff to stop recording. The full video is preserved on Plaintiff's iPhone and available upon request.

Exhibit A



Case 3:25-cv-00901-KDB-DCK   Document 1-1   Filed 11/10/25   Page 2 of 5

Exhibit A



Case 3:25-cv-00901-KDB-DCK   Document 1-1   Filed 11/10/25   Page 3 of 5

Exhibit B
Copy of Plaintiff's final pay stub from Go Green CBD (EZ Purchase NC LLC), dated June 2023, showing gross pay of $924.50 and year-to-date income of $10,572.26.

Exhibit B

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| L7 / KR8 27434091 | 01/ | 7212635 | 1 of 1 |

Ez Purchase NC Llc
19501 Biscayne Blvd
Unit 1301
Aventura, FL 33180

**Earnings Statement**

ADP

Period Starting: 06/19/2023
Period Ending: 07/02/2023
Pay Date: 07/07/2023

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Kane Z Medic
612 South Torrence Street
Charlotte, NC 28204

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 48.50 | 824.50 | 6359.50 |
| Overtime | | 0.00 | 0.00 | 3662.26 |
| Bonus | | 0.00 | 100.00 | 550.50 |
| Gross Pay | | | $924.50 | $10,572.26 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -39.18 | 953.56 |
| Social Security | -57.32 | 655.48 |
| Medicare | -13.41 | 153.30 |
| North Carolina State Income | -21.00 | 369.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Advance | -100.00 | 550.50 |

Net Pay $693.59

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 48.50 | 549.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7661 | XXXXXXXXX | 693.59 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $924.50

---

Ez Purchase NC Llc
19501 Biscayne Blvd
Unit 1301
Aventura, FL 33180

Pay Date: 07/07/2023

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7661 | XXXXXXXXX | 693.59 |

Kane Z Medic
612 South Torrence Street
Charlotte, NC 28204