RECEIVED
Charlotte, NC
NOV 10 2025
Clerk, US District Court
Western District NC

To:
Clerk of Court
U.S. District Court for the Western District of North Carolina
Charlotte Division
401 W. Trade Street, Room 210
Charlotte, NC 28202

From:
Kane Zoran Medic
135 Ponderosa Dr
Christiansburg, VA 24073
Phone: 757-767-6813
Email: kanemedic@outlook.com

Date: November 6, 2025

Subject:
Civil Rights Complaint (42 U.S.C. §1983) – Filing with Fee Waiver Application

Dear Clerk of Court,

Please find enclosed the following documents for filing in the United States District Court, Western District of North Carolina (Charlotte Division):

1. Civil Rights Complaint under 42 U.S.C. §1983
2. Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO 239 – IFP Form)
3. A self-addressed stamped envelope for return correspondence
4. Exhibit A: Two screenshots from Plaintiff's 47-second video recording of the June 9, 2023 incident, showing CMPD Officer Michael W. Travis (#3113) and Jane Doe officer (video preserved on Plaintiff's iPhone)
5. Exhibit B: Last pay stub from Go Green CBD

I am submitting these materials by mail as a self-represented (pro se) plaintiff. Please file my complaint and forward any correspondence regarding case number assignment or additional requirements to the mailing address above.

Thank you for your time and assistance.

Respectfully,
/s/ Kane Zoran Medic
Kane Zoran Medic