**CERTIFIED MAIL**

9589 0710 5270 3017 4997 65



Retail
U.S. POSTAGE PAID
FCM LG ENV
CHRISTIANSBURG, VA 24073
NOV 06, 2025
28202
$8.02
RDC 99
S2324A500619-18

**FROM:**
Kano Zoran Medic
135 Ponderosa Dr
Christiansburg VA 24073

RECEIVED
Charlotte, NC
NOV 10 2025
Clerk, US District Court
Western District NC

**TO:**
Clerk of Court
U.S. District Court - Western District
of North Carolina
401 W. Trade Street Room 210
Charlotte, NC 28202

**Utility Mailer
10 1/2" x 16"**

**ReadyPost**